## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

JAMES SHARKEY,

    Plaintiff,

v.

LAS VEGAS METRO POLICE DEPARTMENT, *et al.*,

    Defendants.

Case No. 2:24-cv-01093-JAD-NJK

**Order**

    Parties must refrain from including personal-data identifiers in documents filed with the Court. *See* Local Rule IC 6-1(a). Plaintiff's response to an order to show cause includes addresses, tax identification numbers, and a social security number. Docket No. 7 at 4, 9-16, 37.

    Accordingly, the Clerk's Office is **INSTRUCTED** to seal Docket No. 7. <u>Plaintiff must strictly comply with the redaction requirements for personal identifying information moving forward.</u>

    IT IS SO ORDERED.

    Dated: November 21, 2024

    _____
    Nancy J. Koppe
    United States Magistrate Judge