# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

JAMES SHARKEY,

    Plaintiff,

v.

LAS VEGAS METRO POLICE DEPARTMENT, *et al.*,

    Defendants.

Case No. 2:24-cv-01093-JAD-NJK

**Order**

[Docket Nos. 4, 10]

On November 21, 2024, the undersigned issued a report and recommendation that this case be dismissed. Docket No. 12. Therefore, the pending motion for *pro se* litigant to file electronically and pending motion for appointment of counsel are **DENIED** without prejudice. Docket Nos. 4, 10.

IT IS SO ORDERED.

Dated: December 9, 2024

_____
Nancy J. Koppe
United States Magistrate Judge

1